MARK M. KASSABIAN, (BAR NO. 156595)
BUEHLER & KASSABIAN, LLP
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: mkassabian@buehlerkassabian.com
Attorney for Defendant
CHRISTOPHER BEASLEY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BEASLEY,<br><br>    Defendant. | Case No. CR20-00516-FMO<br><br>MEMORANDUM IN SUPPORT OF APPLICATION FOR BOND |

## I. INTRODUCTION

Defendant Christopher Beasley seeks release on bond. Mr. Beasley is a working man with a union job. He has substantial community ties, support from friends and family, and potential sureties standing by. At the time of his initial appearance in this case Mr. Beasley was completing a state-court sentence. That sentence is expected to be completed this October 9. With the completion of that sentence, Mr. Beasley should be released pre-trial, under reasonable bond conditions.

## II. DISCUSSION

Defendant Christopher Beasley is charged in a single-count indictment with a violation of 18 U.S.C. §§ 844(f)(1), (2): Malicious Damage to Property Owned by an Institution or Organization Receiving Federal Financial Assistance. Namely, he is accused of participating in the burning of an unmarked car owned by the City of Santa Monica during a protest last year. He has been detained since his initial appearance in this case, and is currently serving time on a state-court sentence.

That sentence is expected to be completed this October 9. After that, Mr. Beasley should be released on bond.

There is good cause for a bond order in this case. Mr. Beasley is not a flight risk. He has significant ties to his community of Santa Rosa. He is a father with a young son, and raises his girlfriend's daughter as his own. He plans to live with his girlfriend and children upon release. The letters from friends and community members attached hereto as Exhibit 1 evidence Mr. Beasley's community ties, and also evidence the regard that Mr. Beasley's friends and family have for him.

Further, during his confinement at MDC Mr. Beasley has worked to improve himself. He has availed himself of educational programs, and has worked toward his GED, work that he intends to continue on his release.

Upon release Mr. Beasley plans to return to his job with Argonaut Constructors, a major grading, paving, underground piping, and mechanical-

systems construction firm. He is a construction worker, specializing in work underground. He is a Journeyman member of his union, Laborer's International Union of North America Local 324, and is certified in CPR, OSHA-10 safety training, and hazardous materials. Because of his union membership Mr. Beasley expects that he will be promptly re-hired with Argonaut at the Journeyman's wage of $31.55 per hour.

Nor is Mr. Beasley a danger to the community. The defense acknowledges that he is charged with a serious offense. But he is presumed innocent. Although he does have a criminal history, to the extent that it might raise concerns conditions can be fashioned to address them. Mr. Beasley would be pleased to comply with any reasonable condition of release. These could include (1) Location monitoring, (2) Drug and mental-health outpatient counseling (3) A requirement to seek employment, (4) A nighttime curfew or home confinement, and (5) A bar against associating with known gang members.

Mr. Beasley has sureties standing by and available. His girlfriend Nicole Tolentino is employed with a regular income, she is willing to stand as surety for him. Mr. Beasley's cousin Judah Howard, who is employed with a regular income, is likewise ready to stand as a surety for Mr. Beasley's release. Both Ms. Tarantino and Mr. Howard are willing to sign affidavits of surety in whatever dollar amount Pre-Trial Services deems reasonable.

With sureties willing to stand behind Mr. Beasley, and with reasonable conditions of release available, the Court can ensure community safety and grant Mr. Beasley release on bond.

### III. CONCLUSION

Mr. Beasley is not a flight risk, nor is he a danger to the community. For the reasons set forth above, with the approaching completion of Mr. Beasley's state-court sentence, with the strong likelihood of good employment, with his family and community ties, with a place to live with his family, with ample condition of

release available to ensure good behavior, and with willing sureties, standing by, this Court should grant Mr. Beasley bond.

Respectfully submitted,

DATE: September 22, 2021                    BUEHLER & KASSABIAN, LLP

By: */s/Mark M. Kassabian*
MARK M. KASSABIAN
Attorney for Defendant
CHRISTOPHER BEASLEY