Exhibit 1

To whom it may concern:

My name is Nicole Tolentino and I am Christopher Beasley's girlfriend. We have been together since July of 2020 but I have known him for approx. 5 years. I am writing to share with you who Christopher Beasley really is and beg for you to let him come home to his family. I want to share with you the man I have been given the pleasure of knowing. His love for family, friends, and his strength to conquer any situation has been a pleasure to watch and be apart of. Christopher like many of us has had his share of issues and setbacks. He has bounced back and persevered through it all to become a God serving, growing, and loving man. A man who loves his family and who is eager to continue to grow. To learn new ways of positive living. He is someone who wants nothing more than to come home to be with his son, soon to be stepdaughter, the rest of his family and friends and return to work to provide for his family.

First, I want to start off sharing one thing that Christopher holds near and dear to his heart. Family. He came from a background where his family abandoned him and he vowed to never allow his child or any other child close to him to feel that way. He is always supporting the kids around him. He has been a part of his nephews' football and basketball groups for years now. He shows up to almost every game and is always showing his support and love for the kids. When they are feeling down or losing faith in their talent and need a pep talk Christopher is right there to help. He loves being there for the kids and giving them support and positive words. He loves being able to push them to always do their best and to never give up, to remind them of their abilities and their worth to the team. The boys on the teams all love him and miss his support and seeing him on the sidelines smiling. He has traveled hours to watch them and let them know that he believes in them. Both the basketball and the football teams look at Christopher as extended family because of how much he is there for all the kids but his support does not stop there. To many of the kids in our circle he is Uncle CJ. All the kids look up to him and feel love and support from him. He always tries his best to take them to the park, show up to birthdays and games. He loves to practice and run drills with his nephew. The majority of his heart though is given to his son. I have never seen someone melt the way he does when he is with his son. The conversations we have shared about his hopes and dreams for his son are unforgettable. He, as many other parents, wants nothing more than to provide the best life possible for his son. He has expressed to me how much he wants to be the best father in the world for his son. How he wants to continue to better himself to ensure he is showing his son how to be the best man possible. Even being in prison, he tries to help him learn his numbers and sings his ABCs over and over and over again so he can help his son learn. His son misses him very much and knows that his daddy is away but doesn't understand why. His son only knows that his Dad is a loving man, a hard working man, a man who is honest and funny. It would be a disservice to his son to keep his father away any longer than he already has been. In the past couple years, Christopher has become close to my daughter. My daughter has not been able to have her father around and has had a tough time with that. Christopher has developed a special relationship with her and stepped up as a father figure for her. I respect that he is willing to set up in the absence of her real father. He is always wanting to talk with her and keep that connection alive, no matter what it takes.

Second, I want to share about Christopher as a man. Christopher has a laugh and smile that lightens up a dark room. He can sense tension and negativity, and when he does, he brings laughter and goofiness and love. He is a man who enjoys seeing other people smile and enjoys being someone who can put a smile on your face. He loves to give. He grew up not knowing security, love, fun, compassion, unity, and yet is able to give all these things to the people and children around him. He knows the pain of being a child and feeling unloved or unwanted. Because of this he makes it a point to show all these things to the children in his life. He also does the same for the adults. He is the glue to all of us in the family. I have seen him change from a man who thought he would always be a product of his upbringing to a man who believes you can be greater than other expectations. I have seen him develop tools to deal with his negative feelings. I have watched him learn to express himself in such positive ways, I have watched him develop even more empathy and patience. He really has found new paths to walk and I beg that you allow him to continue down these paths. It will bring nothing but positivity, growth, knowledge, and love to him and those around him. Even with him being somewhere that doesn't always affect people in a positive way, he has not let it bring him down. He works extremely hard every day to make sure that he continues down the correct path.

Lastly, I want to express how much he has helped me personally. I come from a pretty rough past and often times allow my anxiety from the past to negatively influence situations in my life. I grew up in the church and over the years drifted away because of some negative experiences. Christopher was the one who got me back to knowing God. Christopher works with me every day to remind me I am worthy of God love and that I am worthy of being forgiven for my bad attitudes and anxiety driven anger. He goes over Bible versus with me and prays for me and my health and happiness. When I feel stressed about raising my daughter alone and feeling like I am not good enough for my beautiful daughter. He reminds me to be patient with myself, to love myself for doing the very best job I can for her. As many of us single parents do, I sometimes feel like I cannot give my daughter everything I want to and that she is lacking love without her second parent around. He has become such an amazing support system for me and constantly reminds me to not be so hard on myself. He is quick to point out all the things I sacrifice for my daughter and all the ways I show her how much I love her. He reminds me how I am not defined by my past and I cannot express how much he has supported and loved me unconditionally. I rely on him and his love as he does mine. I want him back home with us, so we can continue down this amazing adventure of life, love, and happiness. Please I request with everything inside me for you to allow him to come. All he wants to do is come home, being with his family, work to provide for us, enjoy weekends as a family, and go to church on Sundays. Please find it in your heart to allow him back home with us.

Nicole Tolentino.

Your Honor,

    Christopher Beasley is one of my great friends.  He and I have known one another for a few years now. Let me tell you this sir. Mr. Beasley is a great father, uncle, friend and considered "Coach CJ" too many of kids in our community of Santa Rosa CA. We all miss Mr. Beasley being on kids side. I can tell you that this man is a man of helping our youth be responsible young gentlemen. We all go through ups and downs in our lives. My friend/brother has helped me understand the morals of what it means to be an outstanding citizen in this community. I myself was not raised in the best scenarios in this life. As you can see it's not about what we have in life. It's about what we can do as adult males to raise these (boys and girls) / children in in this new age environment. Myself Your honor have been raised up and lived and conquered the worst situations that you may not understand.  I do know that your job as an man of law has to do what you feel is right and necessary.  But I would like to inform you more of who Mr. Beasley is. First off, I'm asking you to put aside what has a cured in these past months and understand that this man is no harm to our community.  CJ is one of the most caring, loving and best father I know around. He loves his Son Iverson with all of his heart. He does not deserve to be where he is right now. I've known my friend for years now. He had recently had a great job in the union working his tail off to support his family, and not only that his son. I have met another man that was so willing to give his son the world. I know that him being away from his son/one love is eating him up inside. He misses his son like crazy. I know with my own kids they ask when "Coach CJ" will be back. This man goes above and beyond to teach these young men to stay in line and be the most outstanding citizens that we can produce. The love that this man has for his family is off the charts. I've never seen an uncle so involved with their own kin, he doesn't just coach, he is a leader and a mentor to alot of these young men and woman. This man is a man that I wish you could know on a personal level. He was working a great job I the Union. Unfortunately he has lost that position since being incarcerated.  I love Chris as a brother.  Myself having 3 sons, Chris has never been the type of person to shrug away from a child looking for help. It hurts me knowing how much love this man has for our future generations and that he's not able to continue his teaching to his son Iverson.  It hurts me Md the rest of our community knowing what a great man and coach he is to not only his own children but the children that are surrounded by him. Honestly in my opinion this man is facing harsh punishment for acts that can't be accredited for. The past is the past, I believe the future is in his best advantage to show the system and the world that this man is a loving, caring, heartfelt man that would never want to see his family or friends struggle.  He's always had my back since I've known him. Whether it was coaching advice or personal life, this man has been a mentor for me as well. His family, friends and acquaintances miss him dearly.  It hurts me knowing that his son Iverson is missing his daddy every day. We Ll want Coach CJ back in our lives. We all want our family and friends to have Mr. BEASLEY  back in our lives. My prayers an thoughts go to him daily. I hope that you can see past the paperwork and see and hear from his community that this man deserves bail. All he wants to do is work, be with his son, enjoy his family and friends and be a community leader like he has been. Being in prison is not for this man. He has so much to offer and teach and share to help keep these streets clean. Thank you for your time your Honor.

-Mike LeCompte Sr.

To whomever it may concern,

   I've known Christopher Beasley for about 15 years now. And since then he has become a part of the family. my kids, my daughter and Son call him uncle. and he plays that rule down to a T. Every basketball game, every football game, every events that involves the family or anybody he knows he is still there to support.

Christopher Beasley has made a place for

himself in the community I live in. And In my family's life. I watched how he Has Changed his life by having his son. the bond they built and the love they have for each other is inspiring.


Sincerely,
Chris farrington-dain

August 20, 2021

Dear your honor,

My name is Jamie Retamoza, and I'm writing this letter in regards to Christopher (CJ) Beasley. I met CJ in 2017 through one of my close friends, Latrice. It was at a youth football game and the first thing I noticed about him was his passion and support for his nephew and love of sports. It was a Sunday afternoon and here was this young adult out to support his nephew and his nephew's friends. He was holding his niece and greeted me and my family with a smile. I could tell by our conversation he was all about his family. He was the loudest cheering person in the crowd and he hyped up everyone in the stands. He would also stand on the track to assist when needed.

I am really close with his sister, Latrice, so naturally we began seeing each other at family functions, events, parties, games, etc. He always had a smile on his face and engaged in conversation. I was looking for someone to paint our house and he had mentioned he had experience in painting so we hired him. He was professional, prompt and followed through until the end. I referred him out for some side jobs after to my family and friends. He was always very transparent about his past. He didn't hide who he was and he was very proud of himself for turning his life around. It showed. He took pride in working, providing and supporting those around him.

CJ was known as the "uncle" for so many of the young boys. He would show up for them every single week (out of town ones as well) and encourage them from beginning to end. We were actually on a trip where he took his first flight ever. We flew to Arizona for his nephew's football tournament. The flight crew gave him a shot out and cheered him on for being so brave! My son and his nephew are really close as well so he has always treated my son with respect. CJ was so proud to be a dad! He was beaming with pride whenever around his son Iverson. He loves being a father. He had no issues with watching whatever his son wanted, listening to kid songs and dressing up in paw patrol to make Iverson smile. He talked about his future with his son and the plans he had to give him a child hood he wanted. He loved doing activities with his son, their cousins and all the other kids and just hanging out with them. He has been missed at all of the functions and games.

We do hope we are able to see CJ again soon and he is there for his family as I know he wants to be.

Sincerely,

Jamie Retamoza

10

Cj

**Tav Vee**             Wed, Aug 25, 6:25 PM
To: Tav V

Christopher Beasley is a good friend of mine who has really become more like family. Over the years of knowing him I have been fortunate to witness him become a family man who adores his son and would do anything for him.

His family, better yet, the youth of his friends and family come first. He will make sure to support his nephews in sports on and off the court/field. As well as do his best to always show up and be present for every one of their major events in life from birthday parties to other ceremonies.

He is a provider, a father, an uncle, and a brother. He is missed by everyone us. His son deserves, needs his father in his life. Present, in the real world, not behind bars.

I am asking you to make the right decision here. To not base your decision on a mistake. To see the bigger picture, who he really is, a big heart! and how important it is for him to be given another chance.

Not just for himself but for so many others in his life that are missing a very important link due to his absence.

Thank you

Octavia Thomas
[Quoted text hidden]

Case 2:20-cr-00516-FMO Document 119-1 Filed 09/22/21 Page 9 of 10 Page ID #:674

Latrice Farrington-Dain

Santa Rosa, Ca

Your Honor:

I am writing to vouch for the character of my good friend Christopher Beasley also known as CJ. He is a very close friend of mine for over 8 years. We are not blood related however everyone knows us as brother and sister and nothing could ever change that. He plays a huge part in my life and both of my children refer to him as Uncle. He is actually expecting another niece this Dec. As you know Cj has definitely made some huge mistakes in his life but the paper work you see is only reflecting on the negative aspect of him.

Cj is one of the most loving, caring, thoughtful men I know. He will give the shirt off of his back or shoes off his feet to anyone in need. I've actually seen him do that. When he was out he was very involved with my 12 year old son. To practicing football and basketball with him and constantly encouraging him to stay focus in school. He played the uncle roll. My 5 year old daughter continually tells me how much she misses her uncle. When she would see him she would always run and give him a huge hug. He is the uncle that would never miss a birthday or anything special and loved to shower them with gifts. Even though CJ is incarcerated right now he still does he diligence to call and talk with the kids and ask about school and their behavior.

Cj was very active with all of my sons sporting events. The only way he would miss a game is if he was sick. He was his biggest fan and every one adores CJ. The parents and the kids from football to basketball all knew who he was. He would consistently educate them on the important of team work, stating motivated, and always showing everyone so much love. He will help the coaches on the field and he would also give encouraging pep talks to kids that might not be having a good game or just a bad day in general. He would reward kids with taking them to the arcade, giving them cash, gifts or sometimes a hug would be good enough.

Most important Cj has a 3 year old son who is also my god son that misses his daddy so much. Cj was not an absent father. He did whatever to give his son the world. He was very loving and always showed affection. I was in the room with Cj the day his son was born and the tears of joy watching him see his son born was heartwarming. Cj wants to be an active father his son is hitting so many milestones that he isn't able to watch for himself and it is tearing him apart. When I have his son on the weekends he will call and tell him how much he loves him and misses him and he will sing the ABC's with him because that's all he can do at this moment just phone calls. As we both know a 3 year old needs more than just a phone call. His son is growing and learning so fast my brother really needs to be here to see this.

This has been a huge life change for CJ. He will attend all court dates because being away from his family but most of all away from his only son has literally been breaking his heart. While in prison Cj has already changed his mind set and is working on obtaining his GED. He wants a better life for his son and he will do what it takes to get there. Is my brother perfect? No not at all but I can promise you being with his family would be the best thing for him right now.

Thank you for your time, please let me know if you have any questions or concerns.

Latrice Farrignton-Dain

Dear Courts,

My name is Charise Jensen I am a business office coordinator at Brookdale Senior living in Medford Oregon. I'm also a longtime friend of Christopher. I have known Chris for over 10 years and I know him to be one of the kindest people I've ever met. I wanted to submit a letter on his behalf because I believe he is a wonderful father and a great asset to the community when he's working he's focused and driven to take care of his son and give him the best life he can. He is a diligent and involved father and a caring friend. I understand he's had charges brought against him but I do honestly believe that he has paid his debt and that he would be better off not behind the walls of a prison.


Respectfully,

Charise Jensen

███████████


███████████

Phoenix OR █████