# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DEFENDANT.

CASE NUMBER

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☐ defendant _____ that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Relief sought *(be specific)*:

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on _____.

An interpreter is ☐ required ☐ not required. Language _____
Defendant is ☐ in custody ☐ not in custody.

_____              _____
Date                                  Moving Party

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)