F I L E D
CLERK, U.S. DISTRICT COURT
3/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NATHAN WILSON,<br> aka "yup_i_eat_crayons," and<br>CHRISTOPHER BEASLEY,<br><br>   Defendants. | CR 20-516(A)-FMO<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 844(f)(1): Attempted Malicious Damage to Property Owned by an Institution or Organization Receiving Federal Financial Assistance] |
|---|---|

The Grand Jury charges:

[18 U.S.C. §§ 844(f)(1), 2(a)]

On or about May 31, 2020, in Los Angeles County, within the Central District of California, defendants NATHAN WILSON, also known as "yup_i_eat_crayons," and CHRISTOPHER BEASLEY, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly, intentionally, and maliciously attempted to damage and destroy, by means of fire, a vehicle, in whole and in part owned and

//

//

//

possessed by the City of Santa Monica, an institution and organization receiving federal financial assistance, and did something that was a substantial step toward committing the offense.

A TRUE BILL

_____/S/_____
Foreperson

TRACY L. WILKISON
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

SARA B. MILSTEIN
Assistant United States Attorney
Violent and Organized Crime
Section

JEREMIAH LEVINE
Assistant United States Attorney
Violent and Organized Crime
Section