Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
3/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAM _____ DEPUTY

Case Number  20-cr-516(A)-FMO

Defendant Number  2

U.S.A. v.  CHRISTOPHER BEASLEY

Year of Birth  1988

[✓] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  5/31/20

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. 844(f)(1)

N/A

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

N/A

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: N/A

Case Number:  N/A

Assigned Judge:  N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:  Mark Kassabian

Phone Number:  (626) 792-0500

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No

This is the  1st  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
October 23, 2020

Case Number 20-cr-516-FMO

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Fernando M. Olguin

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?

[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes          [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   N/A

N/A

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues           ☐ mail/wire fraud

☐ narcotics offenses             ☐ immigration offenses

☑ violent crimes/firearms        ☐ corporate fraud

☐ Other   N/A

N/A

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: in _____

   the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:   Los Angeles MDC

c. If Federal, U.S. Marshals Service Registration Number:
   27286-509

d. ☑ Solely on this charge.  Date and time of arrest:

   03/22/2021 (on writ)

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: 03/22/2021

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   N/A   20      N/A   21      N/A   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  N/A

N/A

N/A

Date _____ 2/27/22 _____

Signature of Assistant U.S. Attorney

Sara B. Milstein

Print Name