JS-3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 20-0516 FMO |
| Plaintiff, ) | |
| v. ) | |
| NATHAN WILSON et al., ) | **JUDGMENT** |
| Defendants. ) | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the Indictment in the above-captioned action is dismissed without prejudice.

Dated this 21st day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge